**UNITED STATES of America,**

v.

**Charles WILLIAMS, Appellant.**

No. 01–2308.

United States Court of Appeals, Third Circuit.

Submitted Nov. 1, 2002.

Decided Nov. 6, 2002.

Before NYGAARD and WEIS, Circuit Judges, and IRENAS,* District Judge.

*OPINION*

WEIS, Circuit Judge.

Defendant pleaded guilty to a one count indictment charging him with selling counterfeit United States currency in violation of 18 U.S.C. § 472. During an interview with a probation officer following the plea, defendant gave an incorrect name, social security number, and birthdate. In addition, defendant falsely denied having a prior criminal record.

At sentencing, the district judge applied an obstruction of justice enhancement, de-

---

* The Honorable Joseph E. Irenas, United States District Judge for the District of New Jersey, sitting by designation.

nied a reduction because of acceptance of responsibility, and imposed a period of twelve months incarceration.

On appeal, defense counsel filed an *Anders* brief, which we have carefully reviewed along with the other matters of record. Defendant did not file a pro se brief.

We conclude that the District Court did not err. Accordingly, the judgment of the District Court will be affirmed.

The motion of defense counsel to withdraw will be granted.